835 A.2d 1273

**COMMONWEALTH of Pennsylvania, Appellant**

**v.**

**John POMPUTIUS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2003.

168

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of November, 2003, the Order of the Court of Common Pleas is **VACATED.** This matter is remanded to the Court of Common Pleas of Indiana County for further proceedings consistent with this Court's decision in *Commonwealth v. Mockaitis*, 834 A.2d 488, 501 (Pa.2003), 2003 WL 22358576, at *12–*13 (Pa. Oct.16, 2003) (noting that the constitutionally infirm provisions of Act 63 of 2003 are severable).